**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br>    Defendants. | Civil Action No. 17-756 (CKK) |

**ORDER**
(July 11, 2017)

In light of Plaintiff's [19] Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is, this 11th day of July, 2017, hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

                                          /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge